STATE OF NEW JERSEY v. EDWARD VARIAN.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL SODEN.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FAULK.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK CARRAGHER.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JACKSON.

May 2, 1983.

Petition for certification denied.